**Opinion issued September 19, 2013**



In The

# Court of Appeals
For The
# First District of Texas

_____

## NO. 01-13-00444-CV
_____

**KEN OGBONNIA, Appellant**

**V.**

**HOUSTON FUNDING II, LTD., Appellee**

**On Appeal from the County Court at Law No. 1 of Harris County
Trial Court Cause No. 1007285**

## MEMORANDUM OPINION

Appellant, Ken Ogbonnia, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless indigent), 20.1 (listing requirements for

establishing indigence); *see also* TEX. GOV'T CODE ANN. § 51.207 (West Supp. 2012), § 51.941(a) (West 2005), § 101.041 (West Supp. 2011) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal for nonpayment of all required fees.

We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Jennings, Sharp, and Brown.